# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title:** Manuela Bettencourt
**Adversary Title:** Bettencourt v. National Collegiate Student Loan Trust 2006-1 et a

**Case No.:** 21-12407 - B - 13
**Adv No.:** 24-01049

**Docket Control No.** KAO-1
**Date:** 07/09/2025
**Time:** 11:00 AM

**Matter:** [38] - Motion/Application for Partial Judgment on the Pleadings [KAO-1] Filed by Defendants Law Offices of Patenaude and Felix, A.P.C., Transworld Systems, Inc. (vmcf)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

## CIVIL MINUTES

Motion Resolved without Oral Argument, Withdrawn by moving party

No order is required.

On June 26, 2026, National Collegiate Student Loan Trust withdrew this *Motion for Partial Judgment on the Pleadings.* Doc. #45 Accordingly, this motion is WITHDRAWN.